# Integrity Management of Gas Transmission Pipelines in High Consequence Areas



**Safety Study**

NTSB/SS-15/01
PB2015-102735



**National Transportation Safety Board**



EXHIBIT A

NTSB/SS-15/01
PB2015-102735
Notation 8565A
Adopted January 27, 2015

# Safety Study

## Integrity Management of Gas Transmission Pipelines in High Consequence Areas



**National Transportation Safety Board**

490 L'Enfant Plaza, SW
Washington, DC  20594

## PHMSA's Enforcement Data (as of July 2014)

NTSB staff inquired with PHMSA staff regarding PHMSA's enforcement actions based on a select number of program areas within the 49 CFR 192 regulations. The following table includes section numbers (and subsections) that were provided to PHMSA.

| 49 CFR 192 Section | High Level Description | Subsections of Interest |
|---|---|---|
| 192.905 | IM High Consequence Areas - HCA Identification | 192.905(b)(1)<br>192.905(b)(2)<br>192.905(c) |
| 192.907 | Implementation of IM | 192.907(b) |
| 192.915 | IM Program Requirements for Supervisors | 192.915(a) |
| 192.917 | IM Threat Identification | 192.917(a)(1)<br>192.917(a)(2)<br>192.917(a)(3)<br>192.917(a)(4)<br>192.917(b)<br>192.917(c)<br>192.917(e)(1)<br>192.917(e)(2)<br>192.917(e)(3)<br>192.917(e)(4)<br>192.917(e)(5) |
| 192.921 | Conducting IM Baseline Assessment | 192.921(a)(1)<br>192.921(a)(2)<br>192.921(a)(3)<br>192.921(a)(4)<br>192.921(a)(5) |
| 192.923 | Direct Assessment | 192.923(b)(1)<br>192.923(b)(2)<br>192.923(b)(3) |
| 192.925 | Requirements for ECDA | 192.925(b)(1)<br>192.925(b)(2)<br>192.925(b)(3)<br>192.925(b)(4) |
| 192.927 | Requirements for ICDA | 192.927(b)(1)<br>192.927(b)(2)<br>192.927(b)(3)<br>192.927(b)(4)<br>192.927(b)(5) |
| 192.929 | Requirements for SCCDA | 192.929(b)(1)<br>192.929(b)(2) |
| 192.931 | Use of CDA | 192.931(b)(1)<br>192.931(b)(2) |
| 192.933 | Addressing Integrity Issues | 192.933(b)<br>192.933(c)<br>192.933(d)(1)<br>192.933(d)(2)<br>192.933(d)(3) |
| 192.935 | Preventative and Mitigative Measures | 192.935(c) |
| 192.937 | Continual Process of Evaluation and Assessment | 192.937(b)<br>192.937(c)(1) |

| 49 CFR 192 Section | High Level Description | Subsections of Interest |
|---|---|---|
|  |  | 192.937(c)(2) |
|  |  | 192.937(c)(3) |
|  |  | 192.937(c)(4) |
|  |  | 192.937(c)(5) |
| 192.945 | Performance Measures | 192.945(a) |
|  |  | 192.945(b) |
| 192.947 | Record Keeping | 192.947(d) |

The following descriptions of enforcement actions can also be found at PHMSA's Enforcement webpage (http://primis.phmsa.dot.gov/comm/reports/enforce/Enforcement.html?nocache=6308).

- <u>Notices of Probable Violation</u>: Notices of Probable Violations (NOPVs) are commonly used as an enforcement tool. After routine inspections, incident investigations, or other oversight activity by authorized Federal or Interstate Agent pipeline inspectors, the PHMSA Regional Director will determine if probable violations have occurred, and, if appropriate, issue an NOPV to the operator. The NOPV alleges specific regulatory violations and, where applicable, proposes appropriate corrective action in a Compliance Order and/or civil penalties. The operator has a right to respond to the NOPV and to request an administrative hearing. The administrative enforcement procedures and other regulations governing the enforcement program are described in 49 CFR 190 Subpart B "Enforcement."

- <u>Warning Letters:</u> For some probable violations (often lower risk), PHMSA has the option of issuing a Warning Letter notifying the operator of alleged violations and directing it to correct them or be subject to further enforcement action. PHMSA then follows up on these items during subsequent inspections or through other interactions with the operator. Warning Letters are described in 49 CFR §190.205.

- <u>Notices of Amendment</u>: PHMSA inspections, incident investigations, and other oversight activities routinely identify shortcomings in an operator's plans and procedures under PHMSA regulations. In these situations, PHMSA issues a Notice of Amendment (NOA) letter alleging that the operator's plans and procedures are inadequate and requiring that they be amended. The operator has a right to respond to the Notice and to request an administrative hearing. Notices of Amendment and the procedures for their issuance and enforcement are described in 49 CFR §190.237.