UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JANIE THIGPEN ET AL                          CIVIL ACTION

VERSUS                                       NO: 14-1415
                                             c/w  15-1749

FLORIDA GAS TRANSMISSION                     SECTION: "J" (1)
COMPANY, LLC, ET AL

<u>ORDER OF DISMISSAL</u>

The Court having been advised by counsel for the parties that all of the parties have firmly

agreed upon a compromise,

**IT IS ORDERED** that the claims of the parties are hereby dismissed without costs, but

without prejudice to the right upon good cause shown, within sixty days, for the parties to seek

summary judgment enforcing the compromise if it is not consummated by that time.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED,

<u>EVERY WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 15th day of October, 2015.

_____

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE